# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: D.A.B. Group LLC                                                                 Bankruptcy Case No.: 14–12057–scc

Monty One, LLC

                                                    Plaintiff(s),

–against–                                                                                Adversary Proceeding No. 14–02389–scc

D.A.B. Group, LLC
77–79 Rivington Street Realty, LLC

                                                    Defendant(s)

## NOTICE OF PRE–TRIAL CONFERENCE FOR A REMOVED MATTER

On October 29, 2014, state court litigation that had been removed to the federal District Court was opened as an adversary proceeding on the Bankruptcy Court's CM/ECF System. The name and number of this adversary proceeding appear in the caption above, along with the name and number of the bankruptcy case to which the adversary proceeding relates.

Please note that the pre–trial conference for this adversary proceeding will be held on 12/4/14 at 10:00 AM in Courtroom Courtroom 623 (SCC), One Bowling Green, New York, NY 10004–1408.

Dated: October 29, 2014                                         /s/ Vito Genna

                                                                         *Clerk of the Court*